1180

No. 95–7689.  WALKER v. CITY OF AMES, IOWA.  Dist. Ct. Iowa, Story County.  Certiorari denied.

No. 95–7704.  BRYANT v. MCDADE, SUPERINTENDENT, HARNETT CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied. ▮▮▮▮▮▮▮▮

No. 95–7712.  SHERMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied. ▮▮▮▮▮▮▮▮

No. 95–7722.  JOHNSON v. WELBY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95–7723.  LEONARD v. OHIO.  Ct. App. Ohio, Lawrence County.  Certiorari denied.

No. 95–7734.  STEVENS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 95–7739.  GUERRERO v. RYAN, SECRETARY OF STATE OF ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied. ▮▮▮▮▮▮▮▮

No. 95–7746.  TINES v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied. ▮▮▮▮▮▮▮▮

No. 95–7755.  BURNETTE v. CAIN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied. ▮▮▮▮▮▮▮▮

No. 95–7757.  SEGUIN v. MASSACHUSETTS.  Sup. Jud. Ct. Mass. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 95–7761.  CALHOUN v. HUSKISSON ET AL.  C. A. 7th Cir. Certiorari denied.

No. 95–7772.  SMITH v. RICHARDSON, COMMISSIONER OF INTERNAL REVENUE.  C. A. 3d Cir.  Certiorari denied. ▮▮▮▮▮▮▮▮

No. 95–7781.  NAGOL v. NEW MEXICO.  Ct. App. N. M.  Certiorari denied.

No. 95–7784.  LAVE v. TEXAS.  Ct. App. Tex., 7th Dist.  Certiorari denied.